## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**MARY E. WILLIAMS**                                                                 **PLAINTIFF**

**VS.**                                            **CIVIL ACTION NO.: 3:15-cv-31-MPM-JMV**

**WINONA MANOR NURSING HOME, ET AL.**                                     **DEFENDANTS**

### ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and record of this action, the court finds that the Report and Recommendation [9] of the United States Magistrate Judge dated July 6, 2015, was on that date duly mailed to pro se plaintiff via USPS; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party.[1] The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court.  It is, therefore,

**ORDERED:**

1.  That the Report and Recommendation of the United States Magistrate Judge dated July 6, 2015, is hereby approved and adopted as the opinion of the court.

2.  That defendants Winona Manor Nursing Home and American Zurich Insurance Company are hereby **DISMISSED** without prejudice.

3.  That this case is hereby **CLOSED**

**THIS**, the 31st day of  July, 2015.

>                                   **/s/ MICHAEL P. MILLS**
>                                   **UNITED STATES DISTRICT JUDGE**
>                                   **NORTHERN DISTRICT OF MISSISSIPPI**

---

[1] The docket reflects four filings by Plaintiff after the Report and Recommendation. Docs. #10, #11, #12, #13. The first, filed on July 6, 2015, seeks, among other things, Judge Virden's recusal and an admission of guilt from the defendants, and also includes several return receipts for mail sent to various entities and judicial officers. Doc. #10. Plaintiff's second filing, made on July 9, 2015, contains interlineated copies of several of the Court's earlier orders. Doc. #11. The third filing, made on July 9, 2015, includes Plaintiff's W-2 during her employment with Defendant Winona Manor Healthcare and a Social Security Administration Appeal. Doc. #12.  Plaintiff's fourth filing, also made on July 9, 2015, contains an undecipherable "warrant claim of fact" and amnesty oath. Doc. #13.  None of these filings objects to the Report and Recommendation nor addresses the deficiencies noted therein.